# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Judge John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3302 | **DATE** | September 16, 2009 |
| **CASE TITLE** | Charles E. Anderson, et al v. A.B. Painting and Sandblasting, Inc., et al. | | |

**DOCKET ENTRY TEXT**

This case has been remanded by the Court of Appeals for a determination of the appropriate amount of attorneys' fees.  Pursuant to the mandate, we have reviewed the time records submitted in support of the fee request and find no apparent inefficiencies in the amount of time claimed.  The $205.00 requested hourly rate is reasonable.  Accordingly, we find that the judgment in favor of plaintiff should include the full amount of fees requested, $50,885.90.

The remand also directs that an appropriate amount of fees for the appeal be awarded.  Plaintiff should submit a motion for appellate fees so that we can determine the appropriate amount and include it in the revised judgment.  We will rule on the appellate fees as soon as the motion is submitted.

\_\_\_\_\_  [ For further details see text below.]

Docketing to mail notices.

:00

**STATEMENT**