UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.3**
Eastern Division

Charles E Anderson, et al.
                                        Plaintiff,

v.                                      Case No.: 1:04−cv−03302
                                        Honorable John F. Grady

AB Painting and Sandblasting, Inc, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 2, 2009:

    MINUTE entry before the Honorable John F. Grady:Due to a family emergency, the hearing on the motion for fees set for today has been stricken and reset to 12/8/2009 at 10:30 a.m. Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.